# United States District Court
## Violation Notice

MD95

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 4091894 | Mundo | 72 |

4091894

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 9/5/13 11:14 pm | MTA 21-1005 |

Place of Offense: Shady Grove Metro PnR Bldg 13 New Bethesda

Offense Description: Factual Basis for Charge

Parking where prohibited by official sign

HAZMAT ☐

### DEFENDANT INFORMATION

| Last Name | First Name | MI |
|---|---|---|
| Rewalt | Rewald | |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 3AC3611 | MD | | B. Rouge | | Red |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

$ 60  Forfeiture Amount
+ $25 Processing Fee

**PAY THIS AMOUNT →** $ 85  Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
Date (mm/dd/yyyy):
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 01/2011)    Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 9/5/13, 20 13 while exercising my duties as a law enforcement officer in the _____ District of Maryland

_____

The foregoing statement is based upon:
☒ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 9/5/13  _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle.
CDL = Commercial driver's license;  CMV = Commercial vehicle involved in incident